UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camacho, Felix
241-14-05975

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Bob Barker Co., Inc. & City of
New York, Department of
Corrections, Correctional Health
Services.

**16CV 8531**

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2016 NOV -2 AM 10: 13

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Camacho Felix
             ID # 241-14-05975
             Current Institution Anna M Kross Center
             Address 18-18 Hazen St
             E. Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name Captian Grima                Shield # 17
                   Where Currently Employed (DOC) Anna M Kross Center
                   Address 18-18 Hazen St
                   E. Elmhurst, NY 10370

*Rev. 05/2010*                              1

Defendant No. 2   Name Samuel Okorozo   Shield # N/A M.D
                  Where Currently Employed Correcional Health Services
                  Address 18-18 Hazen St
                          E. Elmhurst NY 11370

Defendant No. 3   Name Bob Barker   Shield # N/A
                  Where Currently Employed Bob Barker Co., Inc
                  Address 7925 Purfoy Road
                          Fuquay-Varina, NC 27526

Defendant No. 4   Name _____ Shield # _____
                  Where Currently Employed N/A
                  Address N/A

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed N/A
                  Address N/A

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   Anna M Kross Center   07/09/2015  02:07 PM

B. Where in the institution did the events giving rise to your claim(s) occur?
   1 mod Lower "A" Side Cell 18 when matters was giving to me. 9 Mod A side / 1 Mod A Side CAPS Program.

C. What date and approximate time did the events giving rise to your claim(s) occur?
   07/09/2015 / 6/15/15 / 3/21/16

D. Facts: **What happened to you?** On october 16 2014 I was Placed in Houing Area 1 mod Lower "A" Side the officers gave a mattress that is use without A Foundation At this Point I Had told the Midical Staff That cause of this mattres Je was Giving me back Pain.

**Who did what?** the Midical staff gave me musle Relaxer for my back and neck, But never change the mattress.

**Was anyone else involved?** N/A       N/A

**Who else saw what happened?** I Showed CAPtian Grima stat Badge Number #17 Showed Him the label that was manufactured By Bob Barker Co., Inc. That states This Mattres meets the requirements of 16 CFR 1633. This mattress is Intended to Be used without A Foundation in this Case our cell Has

III. Injuries: A Foundation.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Lower Back, Neck, I Received treatment they gave me musel Relaxer.

IV. **Exhaustion of Administrative Remedies**:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Anna M Kross correctional facility_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___   No ___   Do Not Know _✓_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _✓_   No ~~~~   Do Not Know ___

If YES, which claim(s)? _New York City 311_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _✓_   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Anna M Kross grievance Box_

1. Which claim(s) in this complaint did you grieve? _Mattress, Showres Sleepers, & The Foundation That Doc Have to put Bob Berker mattres_

2. What was the result, if any? _NO Responce Back, Still with Back Pain and neck._

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _I gave A grievance to the warden of the Jail and send a letter to Board of Corrections & City of NY and called 311 nothing yet from the city and 311_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _N/A_ _N/A_

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: No Response of offical

N/A

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The administrative do not care about what they gave us as Inmate I wrote a letter to the mayor Asking if we as Inmate can get better matters because the matters we have as of now is gaving Inmates Health Issues of back pain Neck, legs scerquelons. and more.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like the court to look in to this And give me what I desaure for my pain and suffering because I have gave Compilant to the Jail. And other Inmates gave Potions of 200 Signatures to the mayor office asking for this matters are infelting with our Health and Stressing our Inner body. The court should or do for us Inmate gave us what we desaure New Matters and the pain and stress and I fell that we should get paid for all this Issues because the administrative department don't care with all the grievance we put in for them to look at the preauble.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____ N/A _____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending? Yes ___ No ___
    If NO, give the approximate date of disposition _____
7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ___ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____ N/A _____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending? Yes ___ No ___
    If NO, give the approximate date of disposition _____
7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _12_ day of _August_, 20_15_.

        Signature of Plaintiff _[signature]_

        Inmate Number _241-14-05975_

        Institution Address _Anna M Kross Center_
                  _18-18 Hazen St_
                  _E, Elmhurst  NY  11370_

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _12_ day of _August_, 20_15_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

        Signature of Plaintiff: _[signature]_

to FELIX 241-14-05975
ILROSS CENTER
en St
-st, NY 11370



RECEIVED
OCT 3 1 2016
CLERK'S OFFICE
S.D.N.Y.



1000731930 C014

The Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street Room 200
New York, NY 10007